# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-22389-GLT |
| | : | |
| Robert H. Ozmun and | : | |
| Peggy L. Ozmun, | : | CHAPTER 13 |
| Debtors | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**NONE**

**Next Payment Advice Expected (post-filing):**

**NONE**

K.D.    **OZMUN, ROBERT & PEGGY**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-22389-GLT |
| | : | |
| Robert H. Ozmun and | : | |
| Peggy L. Ozmun, | : | CHAPTER 13 |
| Debtors | : | |
| | : | |
| Robert H. Ozmun, | : | |
| Movant | : | |

### VERIFICATION REGARDING PROOF OF INCOME

I, Robert H. Ozmun, hereby state as follows:

1.) I am retired; therefore I am unable to provide the prior (6) six months pay advices.
2.) I receive Social Security Benefits in the amount of $2,144.00 per month.
3.) I also receive a Pension in the amount of $2,517.90 per month.
4.) I was required to file 2019 - 2020 tax returns; therefore I have submitted the same to the Trustee.
5.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: November 15, 2021                                            /s/ Robert H. Ozmun
                                                                                        Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-22389-GLT |
| | : | |
| Robert H. Ozmun and | : | |
| Peggy L. Ozmun, | : | CHAPTER 13 |
| Debtors | : | |
| | : | |
| Peggy L. Ozmun, | : | |
| Movant | : | |

## VERIFICATION REGARDING PROOF OF INCOME

I, Peggy L. Ozmun, hereby state as follows:

1.) I am retired; therefore I am unable to provide the prior (6) six months pay advices.
2.) I receive Social Security Benefits in the amount of $745.00 per month.
3.) I also receive a Pension in the amount of $427.08 per month.
4.) I was required to file 2019 - 2020 tax returns; therefore I have submitted the same to the Trustee.
5.) I have submitted to the Trustee proof of income from all sources I have in my possession.

    I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: November 15, 2021              /s/ Peggy L. Ozmun
                                                      Debtor