# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 21-22389** |
| **Robert H. Ozmun** | **Chapter 13** |
| **Peggy L. Ozmun** | **Judge Gregory L. Taddonio** |
| | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | |
| **JPMorgan Chase Bank, N.A.** | **Related Document #** |
| **Movant,** | |
| vs | |
| | |
| **Robert H. Ozmun** | |
| **Peggy L. Ozmun** | |
| **Robert Henry Ozmun** | |
| | |
| **Ronda J. Winnecour** | |
| **Respondents.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/Stephen R. Franks

Stephen R. Franks, Esquire (0075345)
Adam B. Hall (323867)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
Contact email is amps@manleydeas.com

21-027591_KKC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 21-22389** |
| **Robert H. Ozmun** : | **Chapter 13** |
| **Peggy L. Ozmun** : | **Judge Gregory L. Taddonio** |
| : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | |
| : | |
| **JPMorgan Chase Bank, N.A.** : | **Related Document #** |
| **Movant,** : | |
| : | |
| vs : | |
| : | |
| **Robert H. Ozmun** : | |
| **Peggy L. Ozmun** : | |
| **Robert Henry Ozmun** : | |
| : | |
| **Ronda J. Winnecour** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 3, 2021.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Daniel P. Foster, Attorney for Robert H. Ozmun and Peggy L. Ozmun, dan@mrdebtbuster.com

Service by First-Class Mail:
Robert H. Ozmun, Peggy L. Ozmun, and Robert Henry Ozmun, 104 Shelton Place, Evans City, PA  16033

EXECUTED ON: December 3, 2021

By: /s/Stephen R. Franks
Signature
Stephen R. Franks, Esquire

21-027591_KKC

Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
0075345
List Bar I.D. and State of Admission

21-027591_KKC