**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/19/2024

IN RE:

| | |
|---|---|
| ROBERT H. OZMUN | Case No.21-22389 GLT |
| PEGGY L. OZMUN | |
| 104 SHELTON PLACE | Chapter 13 |
| EVANS CITY,  PA  16033 | |
| XXX-XX-6159          Debtor(s) | |
| XXX-XX-7959 | |

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts∗ and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

∗Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/19/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

# CLAIM RECORDS

---

**SYNCHRONY BANK\*\***
C/O PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021

NORFOLK, VA 23541

| | |
|---|---|
| Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| Court Claim Number: | ACCOUNT NO.: 5847 |
| CLAIM:  0.00 | |
| COMMENT:  SAMS CLUB/PRAE | |

---

**GRB LAW\*\***
C/O JEFFREY R HUNT ESQ - FOR PNG CO
525 WILLIAM PENN PLACE STE 3110

PITTSBURGH, PA  15219

| | |
|---|---|
| Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| Court Claim Number: | ACCOUNT NO.: |
| CLAIM:  0.00 | |
| COMMENT:  PEOPLES/PRAE | |

---

**KML LAW GROUP PC\***
701 MARKET ST STE 5000

PHILADELPHIA, PA  19106

| | |
|---|---|
| Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| Court Claim Number: | ACCOUNT NO.: |
| CLAIM:  0.00 | |
| COMMENT:  NATIONSTAR~MR COOPER/PRAE | |

---

**JPMORGAN CHASE BANK NA**
NATIONAL BANKRUPTCY DEPARTMENT
PO BOX 901032

FT WORTH, TX 76101-2032

| | |
|---|---|
| Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
| Court Claim Number:6 | ACCOUNT NO.: 2638 |
| CLAIM:  12,509.10 | |
| COMMENT:  12480.50/PL@416.02MO*NO$/SCH G*CHASE CARD SVCS/SCH | |

---

**NATIONSTAR MORTGAGE LLC D/B/A MR COOPER**
PO BOX 619094

DALLAS, TX  75261-9741

| | |
|---|---|
| Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| Court Claim Number:10-2 | ACCOUNT NO.: 2916 |
| CLAIM:  0.00 | |
| COMMENT:  1742/PL*PMT/DECLAR*DKT4PMT-LMT*BGN 12/21*AMD | |

---

**AMERICAN EXPRESS**
PO BOX 981537

EL PASO, TX  79998

| | |
|---|---|
| Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| Court Claim Number: | ACCOUNT NO.: 0816 |
| CLAIM:  0.00 | |
| COMMENT:  NT ADR~NO$~INFO ONLY/SCH | |

---

**UNIVERSAL CARD SVCS/CITIBANK**
C/O TSYS TOTAL DEBT MGT INC\*\*
POB 137

COLUMBUS, GA 31902-0137

| | |
|---|---|
| Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| Court Claim Number: | ACCOUNT NO.: 3561 |
| CLAIM:  0.00 | |
| COMMENT:  NT ADR/SCH | |

---

**JPMORGAN CHASE BANK NA S/B/M/T CHASE B/**
C/O JPMORGAN CHASE BANK NA
PO BOX 15368

WILMINGTON, DE  19850

| | |
|---|---|
| Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| Court Claim Number:5 | ACCOUNT NO.: 3306 |
| CLAIM:  13,253.59 | |
| COMMENT: | |

---

**JPMORGAN CHASE BANK NA S/B/M/T CHASE B/**
C/O JPMORGAN CHASE BANK NA
PO BOX 15368

WILMINGTON, DE  19850

| | |
|---|---|
| Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| Court Claim Number:4 | ACCOUNT NO.: 2888 |
| CLAIM:  2,936.85 | |
| COMMENT: | |

---

**JPMORGAN CHASE BANK NA S/B/M/T CHASE B/**
C/O JPMORGAN CHASE BANK NA
PO BOX 15368

WILMINGTON, DE  19850

| | |
|---|---|
| Trustee Claim Number:10   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| Court Claim Number:7 | ACCOUNT NO.: 3832 |
| CLAIM:  547.66 | |
| COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CITIBANK NA**\*\* | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6716 GRADE LN BLDG 9 STE 910-PY DEPT | Court Claim Number:8 | ACCOUNT NO.:  8283 |
| | CLAIM:  6,296.93 | |
| LOUISVILLE, KY  40213-3439 | COMMENT:  SEARS | |

| | | |
|---|---|---|
| **CITIZENS BANK NA** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1 CITIZENS DR | Court Claim Number: | ACCOUNT NO.:  7506 |
| MS ROP15B | | |
| | CLAIM:  0.00 | |
| RIVERSIDE, RI  02915 | COMMENT: | |

| | | |
|---|---|---|
| **COMENITY CAPITAL BANK** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number: | ACCOUNT NO.:  0855 |
| PO BOX 3978 | | |
| | CLAIM:  0.00 | |
| SEATTLE, WA  98124-3978 | COMMENT:  NT ADR~LEVIS/SCH | |

| | | |
|---|---|---|
| **DISCOVER BANK(\*)** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:1 | ACCOUNT NO.:  3487 |
| PO BOX 3025 | | |
| | CLAIM:  8,591.81 | |
| NEW ALBANY, OH  43054-3025 | COMMENT: | |

| | | |
|---|---|---|
| **DISCOVER BANK(\*)** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:2 | ACCOUNT NO.:  8525 |
| PO BOX 3025 | | |
| | CLAIM:  1,838.61 | |
| NEW ALBANY, OH  43054-3025 | COMMENT: | |

| | | |
|---|---|---|
| **HUNTINGTON NATIONAL BANK(\*)** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 5555 CLEVELAND AVE - GW1N10 | Court Claim Number:9 | ACCOUNT NO.:  9392 |
| | CLAIM:  9,580.67 | |
| COLUMBUS, OH  43231 | COMMENT: | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:12-2 | ACCOUNT NO.:  5847 |
| PO BOX 10587 | | |
| | CLAIM:  3,074.09 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  SAMS CLUB\*AMD\*FR SYNCH BNK C/O PRA\*DOC 30 | |

| | | |
|---|---|---|
| **TARGET** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 660170 | Court Claim Number: | ACCOUNT NO.:  2764 |
| | CLAIM:  0.00 | |
| DALLAS, TX  75266 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **TD BANK USA NA**\*\* | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number:11 | ACCOUNT NO.:  8633 |
| PO BOX 3978 | | |
| | CLAIM:  523.42 | |
| SEATTLE, WA  98124 | COMMENT: | |

| | | |
|---|---|---|
| **TD BANK NA(\*)** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPT ME 100-39 | Court Claim Number:3 | ACCOUNT NO.:  8098 |
| POB 9547 | | |
| | CLAIM:  4,147.00 | |
| PORTLAND, ME  04112 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **MANLEY DEAS KOCHALSKI LLC** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| PO BOX 165028 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43216-5028 | COMMENT:  JPMORGAN CHASE/PRAE | |

| | | |
|---|---|---|
| **NATIONSTAR MORTGAGE LLC D/B/A MR COOPE** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| PO BOX 619094 | Court Claim Number:10-2 | ACCOUNT NO.:  2916 |
| | CLAIM:  13,138.61 | |
| DALLAS, TX  75261-9741 | COMMENT:  15,000/PL*THRU 11/21*AMD | |