Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Robert H. Ozmun** | : | Case No. 21−22389−GLT |
| **Peggy L. Ozmun** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 42 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 3/26/25 at 11:00 AM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

      *AND NOW,* this *The 30th of January, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 42 by the Chapter 13 Trustee,

      It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

      (1)  **On or before March 17, 2025**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

      (2)  This Motion is scheduled for hearing on **March 26, 2025 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

      (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

      (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 21-22389-GLT
Robert H. Ozmun     Chapter 13
Peggy L. Ozmun
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Jan 31, 2025     Form ID: 604     Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert H. Ozmun, Peggy L. Ozmun, 104 Shelton Place, Evans City, PA 16033-4724 |
| 15428566 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 15428567 | + | Farmers And Merchants, 222 Market Street, Kittanning, PA 16201-1525 |
| 15428574 | | Northwest Consumer Discount, 265 W Main Street, Saxonburg, PA 16056 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 31 2025 23:59:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 31 2025 23:47:00 | Peoples Gas Company LLC f/k/a Peoples TWP, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15428551 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 01 2025 00:10:08 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 15428550 | + | Email/PDF: bncnotices@becket-lee.com | Feb 01 2025 00:21:48 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15428558 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 31 2025 23:47:00 | Citizens Bank NA, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 15428552 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2025 23:59:08 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15428553 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2025 23:59:40 | Capital One/Younkers, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15428555 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 01 2025 00:10:16 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15428556 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2025 23:59:42 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15442338 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2025 23:59:43 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15428557 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2025 23:59:24 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15428559 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 31 2025 23:47:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15428560 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 31 2025 23:47:00 | Comenity Bank/Talbots, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15428561 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 21-22389-GLT    Doc 44    Filed 02/02/25    Entered 02/03/25 00:24:45    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: 604 | Total Noticed: 50 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 31 2025 23:47:00 | Comenity Capital/Big Lots, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15428562 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 31 2025 23:47:00 | Comenity Capital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15428563 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 31 2025 23:47:00 | Comenity Capital/Levisa, Po Box 182120, Columbus, OH 43218-2120 |
| 15428564 | | Email/PDF: DellBKNotifications@resurgent.com | Jan 31 2025 23:59:40 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 15428572 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2025 23:59:24 | Macys, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15429760 | | Email/Text: mrdiscen@discover.com | Jan 31 2025 23:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15428565 | + | Email/Text: mrdiscen@discover.com | Jan 31 2025 23:47:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15428568 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jan 31 2025 23:47:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15428569 | + | Email/Text: bankruptcy@huntington.com | Jan 31 2025 23:47:00 | Huntington National Bank, Attn: Bankruptcy CAS056, 3 Cascade Plaza, #3, Akron, OH 44308-1124 |
| 15428554 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 01 2025 00:23:24 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15436768 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 01 2025 00:23:22 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 15434730 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 31 2025 23:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15428570 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 31 2025 23:47:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15604155 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2025 23:58:59 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15428571 | | Email/Text: camanagement@mtb.com | Jan 31 2025 23:47:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15428573 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 31 2025 23:47:00 | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 15445434 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 31 2025 23:47:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15445883 | ^ | MEBN | Jan 31 2025 23:42:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15428777 | ^ | MEBN | Jan 31 2025 23:42:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15428575 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 01 2025 00:23:25 | Synchrony Bank/Brooks Bros, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15428576 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2025 23:59:43 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15428577 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2025 23:58:57 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15428578 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2025 23:59:49 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15428579 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2025 23:59:40 | Synchrony Bank/Toro, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15445688 | + | Email/Text: bncmail@w-legal.com | Jan 31 2025 23:48:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 15428582 | | Email/Text: bankruptcy@td.com | Jan 31 2025 23:48:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 15433079 | ^ | MEBN | Jan 31 2025 23:42:00 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 15428581 | + | Email/Text: bncmail@w-legal.com | Jan 31 2025 23:47:00 | Target, c/o Financial & Retail Services, PO Box 9475, Minneapolis, MN 55440-9475 |
| 15428580 | + | Email/Text: bncmail@w-legal.com | Jan 31 2025 23:47:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15442586 | + | Email/Text: bankruptcy@huntington.com | Jan 31 2025 23:47:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15428584 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 31 2025 23:48:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 15428583 | + | Email/Text: jsprentz@urc.com | Jan 31 2025 23:48:00 | United Refining, Attn: Bankruptcy, 15 Bradley Street, Warren, PA 16365-3299 |
| 15428585 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 01 2025 00:22:12 | Wells Fargo Home Mortgage, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | NATIONSTAR MORTGAGE, LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15435639 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15436901 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 02, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: 604 | Total Noticed: 50 |

Andrew L. Spivack
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper andrew.spivack@brockandscott.com wbecf@brockandscott.com

Daniel P. Foster
    on behalf of Debtor Robert H. Ozmun dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
    on behalf of Joint Debtor Peggy L. Ozmun dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Ryan Starks
    on behalf of Creditor NATIONSTAR MORTGAGE LLC Ryan.Starks@brockandscott.com, wbecf@brockandscott.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com

TOTAL: 10