**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert H. Ozmun<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6159<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Peggy L. Ozmun<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7959<br>EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 21–22389–GLT | |

## Order of Discharge          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert H. Ozmun          Peggy L. Ozmun

3/18/25          **By the court:** <u>Gregory L Taddonio</u>
                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-22389-GLT |
| Robert H. Ozmun | Chapter 13 |
| Peggy L. Ozmun | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 4
Date Rcvd: Mar 18, 2025  Form ID: 3180W  Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert H. Ozmun, Peggy L. Ozmun, 104 Shelton Place, Evans City, PA 16033-4724 |
| 15428566 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 15428567 | + | Farmers And Merchants, 222 Market Street, Kittanning, PA 16201-1525 |
| 15428574 | | Northwest Consumer Discount, 265 W Main Street, Saxonburg, PA 16056 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 19 2025 04:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 19 2025 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 19 2025 04:12:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 19 2025 00:25:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Mar 19 2025 04:12:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 19 2025 00:24:00 | Peoples Gas Company LLC f/k/a Peoples TWP, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15428551 | + | EDI: CITICORP | Mar 19 2025 04:12:00 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 15428550 | + | Email/PDF: bncnotices@becket-lee.com | Mar 19 2025 00:29:19 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15428558 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 19 2025 00:24:00 | Citizens Bank NA, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 15428552 | + | EDI: CAPITALONE.COM | Mar 19 2025 04:12:00 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15428553 | + | EDI: CAPITALONE.COM | Mar 19 2025 04:12:00 | Capital One/Younkers, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15428554 | + | EDI: JPMORGANCHASE | Mar 19 2025 04:12:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |

Case 21-22389-GLT   Doc 47   Filed 03/20/25   Entered 03/21/25 00:31:13   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Mar 18, 2025 | Form ID: 3180W | Total Noticed: 52 |

| | | | | |
| --- | --- | --- | --- | --- |
| 15428555 | + | EDI: CITICORP | Mar 19 2025 04:12:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15428556 | + | EDI: CITICORP | Mar 19 2025 04:12:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15442338 | | EDI: CITICORP | Mar 19 2025 04:12:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15428557 | + | EDI: CITICORP | Mar 19 2025 04:12:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15428559 | + | EDI: WFNNB.COM | Mar 19 2025 04:12:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15428560 | + | EDI: WFNNB.COM | Mar 19 2025 04:12:00 | Comenity Bank/Talbots, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15428561 | + | EDI: WFNNB.COM | Mar 19 2025 04:12:00 | Comenity Capital/Big Lots, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15428562 | + | EDI: WFNNB.COM | Mar 19 2025 04:12:00 | Comenity Capital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15428563 | + | EDI: WFNNB.COM | Mar 19 2025 04:12:00 | Comenity Capital/Levisa, Po Box 182120, Columbus, OH 43218-2120 |
| 15428564 | | Email/PDF: DellBKNotifications@resurgent.com | Mar 19 2025 00:28:35 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 15428572 | | EDI: CITICORP | Mar 19 2025 04:12:00 | Macys, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15429760 | | EDI: DISCOVER | Mar 19 2025 04:12:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15428565 | + | EDI: DISCOVER | Mar 19 2025 04:12:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15428568 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 19 2025 00:24:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15428569 | + | Email/Text: bankruptcy@huntington.com | Mar 19 2025 00:26:00 | Huntington National Bank, Attn: Bankruptcy CAS056, 3 Cascade Plaza, #3, Akron, OH 44308-1124 |
| 15434730 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 19 2025 00:24:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15436768 | | EDI: JPMORGANCHASE | Mar 19 2025 04:12:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 15428570 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 19 2025 00:24:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15604155 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2025 00:28:55 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15428571 | | Email/Text: camanagement@mtb.com | Mar 19 2025 00:25:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15428573 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 19 2025 00:24:00 | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 15445434 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 19 2025 00:24:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15445883 | | ^ MEBN | Mar 19 2025 00:17:42 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15428777 | | ^ MEBN | Mar 19 2025 00:17:43 | Synchrony Bank, c/o of PRA Receivables |

| | | | | |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15428575 | + | EDI: SYNC | Mar 19 2025 04:12:00 | Synchrony Bank/Brooks Bros, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15428576 | + | EDI: SYNC | Mar 19 2025 04:12:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15428577 | + | EDI: SYNC | Mar 19 2025 04:12:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15428578 | + | EDI: SYNC | Mar 19 2025 04:12:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15428579 | + | EDI: SYNC | Mar 19 2025 04:12:00 | Synchrony Bank/Toro, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15445688 | + | Email/Text: bncmail@w-legal.com | Mar 19 2025 00:26:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 15428582 | | EDI: TDBANKNORTH.COM | Mar 19 2025 04:12:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 15433079 | ^ | MEBN | Mar 19 2025 00:17:04 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 15428581 | + | EDI: WTRRNBANK.COM | Mar 19 2025 04:12:00 | Target, c/o Financial & Retail Services, PO Box 9475, Minneapolis, MN 55440-9475 |
| 15428580 | + | EDI: WTRRNBANK.COM | Mar 19 2025 04:12:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15442586 | + | Email/Text: bankruptcy@huntington.com | Mar 19 2025 00:26:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15428584 | + | EDI: USBANKARS.COM | Mar 19 2025 04:12:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 15428583 | + | Email/Text: jsprentz@urc.com | Mar 19 2025 00:27:00 | United Refining, Attn: Bankruptcy, 15 Bradley Street, Warren, PA 16365-3299 |
| 15428585 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Mar 19 2025 00:39:51 | Wells Fargo Home Mortgage, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 50

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | NATIONSTAR MORTGAGE, LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15435639 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15436901 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 21-22389-GLT    Doc 47    Filed 03/20/25    Entered 03/21/25 00:31:13    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 18, 2025 | Form ID: 3180W | Total Noticed: 52 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2025              Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Daniel P. Foster | on behalf of Debtor Robert H. Ozmun dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Peggy L. Ozmun dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Ryan Starks | on behalf of Creditor NATIONSTAR MORTGAGE LLC Ryan.Starks@brockandscott.com, wbecf@brockandscott.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Stephen Russell Franks | on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com |

TOTAL: 10